CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUL 12 2012
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| DERWIN OSBOURNE,<br>    Plaintiff, | ) )<br>) | Civil Action No. 7:12-cv-00301 |
| v. | ) )<br>) | **ORDER** |
| HAROLD CLARKE, et al.,<br>    Defendants. | ) )<br>) | By:  Hon. Jackson L. Kiser<br>       Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that plaintiff's motion for preliminary injunctive relief is **DENIED**; the construed 42 U.S.C. § 1983 complaint is **DISMISSED without prejudice as frivolous**, pursuant to 28 U.S.C. § 1915A(b)(1); and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to plaintiff.

**ENTER**: This 12th day of July, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge